UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY PARAS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 15, inclusive,<br><br>　　　　　Defendant. | Case No. 2:20-cv-8838 PA (PLAx)<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS THIS ENTIRE ACTION WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT**<br><br>Percy Anderson<br>Honorable United States Judge |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties requesting that this entire action be dismissed with prejudice, and the Parties' request that this Court retain jurisdiction to enforce the Parties' Settlement Agreement, and good cause appearing,

IT IS HEREBY ORDERED THAT:

    1. This entire matter is dismissed with prejudice;

Date: May 11, 2021

                                         Percy Anderson
                                  United States District Judge